# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Curiel, Gonzalo P. | **2. Court or Organization**<br><br>U.S. District Court | **3. Date of Report**<br><br>08/10/2021 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>Article III Judge | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Edward J. Schwartz U.S. Courthouse
221 West Broadway
Suite 2190
San Diego, CA 92101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 08/10/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 08/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

**✔** NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   FAMILY TRUST | | | | | | | | | |
| 2.    - First Credit Union | A | Interest | K | T | | | | | |
| 3.    - Wells Fargo Bank | A | Interest | K | T | | | | | |
| 4.    - Maui, HI real property | | None | O | W | | | | | |
| 5.    - Glendale, AZ real property parcel # 1e | | None | M | W | | | | | |
| 6.    - Various boats | | None | L | U | | | | | |
| 7.    - Various vehicles | | None | K | U | | | | | |
| 8.   COMM SERV SELECT SECTOR SPDR | A | Dividend | J | T | Sold (part) | 12/16/20 | J | | |
| 9. | | | | | Sold (part) | 11/25/20 | J | | |
| 10. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 11. | | | | | Sold (part) | 06/03/20 | J | | |
| 12. | | | | | Sold (part) | 03/12/20 | J | | |
| 13.   CONS Discet SEL SECT SPDR FD | A | Dividend | J | T | Sold (part) | 12/16/20 | J | | |
| 14. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 15. | | | | | Sold (part) | 11/25/20 | J | | |
| 16. | | | | | Sold (part) | 06/03/20 | J | | |
| 17. | | | | | Buy (add'l) | 03/12/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. CONS STAPLES SEL SECT SPDR FD | A | Dividend | | | Sold | 11/10/20 | J | A | |
| 19. | | | | | Buy | 06/03/20 | J | | |
| 20. HEALTH CARE SEL SECT SPDR FD | A | Dividend | J | T | Sold (part) | 12/16/20 | J | | |
| 21. | | | | | Sold (part) | 11/25/20 | J | | |
| 22. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 23. | | | | | Sold (part) | 06/03/20 | J | | |
| 24. | | | | | Sold (part) | 03/12/20 | J | | |
| 25. INDUSTRIAL SEL SEC SPDR FD | A | Dividend | | | Sold | 06/03/20 | J | A | |
| 26. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 27. SPDR S&P AEROSPACE & DEF ETF | A | Dividend | J | T | Buy (add'l) | 12/16/20 | J | | |
| 28. | | | | | Sold (part) | 06/03/20 | J | | |
| 29. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 30. SPDR NYSE TECHNOLOGY ETF | A | Dividend | J | T | Sold (part) | 12/16/20 | J | | |
| 31. | | | | | Sold (part) | 11/25/20 | J | | |
| 32. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 33. | | | | | Sold (part) | 06/03/20 | J | | |
| 34. | | | | | Sold (part) | 03/12/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  SPDR S&P CAPITAL MARKETS | A | Dividend | J | T | Sold<br>(part) | 06/03/20 | J | | |
| 36. | | | | | Sold<br>(part) | 06/03/20 | J | | |
| 37. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 38.  SPDR S&P HLTH CARE EQUIPMENT | A | Dividend | J | T | Sold<br>(part) | 12/16/20 | J | | |
| 39. | | | | | Sold<br>(part) | 11/25/20 | J | | |
| 40. | | | | | Sold<br>(part) | 06/03/20 | J | | |
| 41. | | | | | Buy<br>(add'l) | 11/10/20 | J | | |
| 42. | | | | | Sold<br>(part) | 03/12/20 | J | | |
| 43.  SPDR S&P HLTH CARE SEL SECT FD | A | Dividend | | | Sold | 03/12/20 | J | A | |
| 44.  SPDR S&P HLTH CARE SER ETF | A | Dividend | J | T | Buy<br>(add'l) | 12/16/20 | J | | |
| 45.  SPDR S&P HOMEBUILDERS | A | Dividend | J | T | Sold<br>(part) | 12/16/20 | J | | |
| 46. | | | | | Sold<br>(part) | 11/25/20 | J | | |
| 47. | | | | | Buy<br>(add'l) | 11/10/20 | J | | |
| 48. | | | | | Sold<br>(part) | 06/03/20 | J | | |
| 49. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 50. | | | | | Buy<br>(add'l) | 01/07/20 | J | | |
| 51.  SPDR S&P INSURANCE | A | Dividend | | | Sold | 06/03/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 53. SPDR S&P OIL & GAS EXP & PR | A | Dividend | J | T | Sold (part) | 12/16/20 | J | | |
| 54. | | | | | Sold (part) | 11/25/20 | J | | |
| 55. | | | | | Sold (part) | 11/25/20 | J | | |
| 56. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 57. | | | | | Buy (add'l) | 06/03/20 | J | | |
| 58. SPDR S&P SEMICONDUCTOR | A | Dividend | J | T | Sold (part) | 12/16/20 | J | | |
| 59. | | | | | Sold (part) | 11/25/20 | J | | |
| 60. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 61. | | | | | Sold (part) | 06/03/20 | J | | |
| 62. | | | | | Sold (part) | 03/12/20 | J | | |
| 63. SPDR S&P SOFTWARE & SERV ETF | A | Dividend | J | T | Sold (part) | 12/16/20 | J | | |
| 64. | | | | | Sold (part) | 11/25/20 | J | | |
| 65. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 66. | | | | | Sold (part) | 06/03/20 | J | | |
| 67. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 68. THE FINANCIAL SEL SECT SPDR FD | A | Dividend | J | T | Sold (part) | 06/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 70.  THE TECHNOLOGY SEL SECT SPDR FD | A | Dividend | J | T | Sold (part) | 12/16/20 | J | | |
| 71. | | | | | Sold (part) | 11/25/20 | J | | |
| 72. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 73. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 74. | | | | | Sold (part) | 06/03/20 | J | | |
| 75. | | | | | Sold (part) | 03/12/20 | J | | |
| 76.  UTILITIES SEL SECT SPDR FUND | A | Dividend | | | Sold | 11/10/20 | J | A | |
| 77. | | | | | Buy (add'l) | 06/03/20 | J | | |
| 78. | | | | | Sold (part) | 03/12/20 | J | | |
| 79.  SPDR S&P OIL& GAS EQUIP & SERV | A | Dividend | J | T | Sold (part) | 12/16/20 | J | | |
| 80. | | | | | Sold (part) | 11/25/20 | J | | |
| 81. | | | | | Sold (part) | 11/18/20 | J | | |
| 82. | | | | | Buy | 06/03/20 | J | | |
| 83.  SPDR S&P METALS & MINING | A | Dividend | J | T | Sold (part) | 12/16/20 | J | | |
| 84. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 85. | | | | | Buy | 11/18/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SPDR S&P Regional Banking | A | Dividend | J | T | Sold (part) | 12/16/20 | J | | |
| 87. | | | | | Buy | 11/25/20 | J | | |
| 88. SPDR S&P BANK | A | Dividend | J | T | Sold (part) | 12/16/20 | J | | |
| 89. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 90. | | | | | Buy | 11/11/20 | J | | |
| 91. SPDR S&P BIOTECH | A | Dividend | J | T | Sold (part) | 12/16/20 | J | | |
| 92. | | | | | Sold (part) | 11/25/20 | J | | |
| 93. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 94. | | | | | Buy | 06/03/20 | J | | |
| 95. SPDR S&P RETAIL | A | Dividend | J | T | Sold (part) | 12/16/20 | J | | |
| 96. | | | | | Sold (part) | 11/25/20 | J | | |
| 97. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 98. | | | | | Buy | 06/03/20 | J | | |
| 99. ENERGY SEL SECT SPDR FD | A | Dividend | J | T | Buy (add'l) | 12/16/20 | J | | |
| 100. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 101. | | | | | Sold (part) | 11/10/20 | J | | |
| 102. | | | | | Buy | 06/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Curiel, Gonzalo P. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. SPDR S&P PHARMACEUTICALS | A | Dividend | J | T | Sold<br>(part) | 12/16/20 | J | | |
| 104. | | | | | Sold<br>(part) | 11/25/20 | J | | |
| 105. | | | | | Buy<br>(add'l) | 11/10/20 | J | | |
| 106. | | | | | Buy | 06/03/20 | J | | |
| 107. COMM SERV SELECT SECTOR SPDR | A | Dividend | J | T | Sold<br>(part) | 12/16/20 | J | | |
| 108. | | | | | Sold<br>(part) | 11/25/20 | J | | |
| 109. | | | | | Buy<br>(add'l) | 11/10/20 | J | | |
| 110. | | | | | Sold<br>(part) | 06/03/20 | J | | |
| 111. | | | | | Sold<br>(part) | 03/18/20 | J | | |
| 112. | | | | | Sold<br>(part) | 03/12/20 | J | | |
| 113. CONS DISCRET SEL SECT SPDR FD | A | Dividend | J | T | Sold<br>(part) | 12/16/20 | J | | |
| 114. | | | | | Sold<br>(part) | 11/25/20 | J | | |
| 115. | | | | | Buy<br>(add'l) | 11/10/20 | J | | |
| 116. | | | | | Sold<br>(part) | 06/03/20 | J | | |
| 117. | | | | | Sold<br>(part) | 03/18/20 | J | | |
| 118. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 119. CONS STAPLES SEL SECT SPRD FD | A | Dividend | | | Sold | 11/10/20 | J | A | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy | 06/03/20 | J | | |
| 121.  HEALTH CARE SEL SECT SPDR FD | A | Dividend | J | T | Sold<br>(part) | 12/16/20 | J | | |
| 122. | | | | | Sold<br>(part) | 11/25/20 | J | | |
| 123. | | | | | Buy<br>(add'l) | 11/10/20 | J | | |
| 124. | | | | | Sold<br>(part) | 06/03/20 | J | | |
| 125. | | | | | Sold<br>(part) | 03/18/20 | J | | |
| 126. | | | | | Sold<br>(part) | 03/12/20 | J | | |
| 127.  INDUSTRIAL SEL SECT SPDR | A | Dividend | | | Sold | 06/03/20 | J | A | |
| 128. | | | | | Sold<br>(part) | 03/18/20 | J | | |
| 129. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 130.  SPDR S&P AEROSPACE & DEF | A | Dividend | J | T | Buy<br>(add'l) | 12/16/20 | J | | |
| 131. | | | | | Sold<br>(part) | 06/03/20 | J | | |
| 132. | | | | | Sold<br>(part) | 03/18/20 | J | | |
| 133. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 134.  SPDR NYSE TECHNOLOGY ETF | A | Dividend | J | T | Sold<br>(part) | 12/16/20 | J | | |
| 135. | | | | | Sold<br>(part) | 11/25/20 | J | | |
| 136. | | | | | Sold<br>(part) | 06/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold<br>(part) | 03/18/20 | J | | |
| 138. | | | | | Sold<br>(part) | 03/12/20 | J | | |
| 139. SPDR S&P CAPITAL MARKETS | A | Dividend | J | T | Sold<br>(part) | 06/03/20 | J | | |
| 140. | | | | | Sold<br>(part) | 03/18/20 | J | | |
| 141. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 142. SPDR S&P HLTH CARE EQUIPM | A | Dividend | J | T | Sold<br>(part) | 12/16/20 | J | | |
| 143. | | | | | Sold<br>(part) | 11/25/20 | J | | |
| 144. | | | | | Buy<br>(add'l) | 11/10/20 | J | | |
| 145. | | | | | Sold<br>(part) | 06/03/20 | J | | |
| 146. | | | | | Sold<br>(part) | 03/18/20 | J | | |
| 147. | | | | | Sold<br>(part) | 03/12/20 | J | | |
| 148. SPDR S&P HLTH CARE SEL SECT SPDR | A | Dividend | | | Sold | 03/12/20 | J | A | |
| 149. SPDR S&P HLTH CARE SER ETF | A | Dividend | J | T | Buy<br>(add'l) | 12/16/20 | J | | |
| 150. SPDR S&P HOMEBUILDERS | A | Dividend | J | T | Sold<br>(part) | 12/16/20 | J | | |
| 151. | | | | | Sold<br>(part) | 11/25/20 | J | | |
| 152. | | | | | Buy<br>(add'l) | 11/10/20 | J | | |
| 153. | | | | | Buy<br>(add'l) | 06/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold<br>(part) | 03/18/20 | J | | |
| 155. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 156. | | | | | Buy<br>(add'l) | 01/07/20 | J | | |
| 157. SPDR S&P INSURANCE | A | Dividend | | | Sold | 06/03/20 | J | A | |
| 158. | | | | | Sold<br>(part) | 03/18/20 | J | | |
| 159. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 160. SPDR S&P OIL & GAS EXP & PR | A | Dividend | J | T | Sold<br>(part) | 12/16/20 | J | | |
| 161. | | | | | Sold<br>(part) | 11/18/20 | J | | |
| 162. | | | | | Buy<br>(add'l) | 06/03/20 | J | | |
| 163. SPDR S&P SEMICONDUCTOR | A | Dividend | J | T | Sold<br>(part) | 12/16/20 | J | | |
| 164. | | | | | Sold<br>(part) | 11/25/20 | J | | |
| 165. | | | | | Buy<br>(add'l) | 11/10/20 | J | | |
| 166. | | | | | Sold<br>(part) | 06/03/20 | J | | |
| 167. | | | | | Sold<br>(part) | 03/18/20 | J | | |
| 168. | | | | | Sold<br>(part) | 03/12/20 | J | | |
| 169. SPDR S&P SOFTWARE & SER ETF | A | Dividend | J | T | Sold<br>(part) | 12/16/20 | J | | |
| 170. | | | | | Sold<br>(part) | 11/25/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 172. | | | | | Sold (part) | 06/03/20 | J | | |
| 173. | | | | | Sold (part) | 03/18/20 | J | | |
| 174. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 175. THE FINANCIAL SEL SECT SPDR FD | A | Dividend | J | T | Sold (part) | 12/16/20 | J | | |
| 176. | | | | | Sold (part) | 06/03/20 | J | | |
| 177. | | | | | Sold (part) | 03/18/20 | J | | |
| 178. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 179. THE TECHNOLOGY SEL SECT SPDR FD | A | Dividend | J | T | Sold (part) | 11/25/20 | J | | |
| 180. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 181. | | | | | Sold (part) | 06/03/20 | J | | |
| 182. | | | | | Sold (part) | 03/18/20 | J | | |
| 183. | | | | | Sold (part) | 03/12/20 | J | | |
| 184. UTILITIES SEL SECT SPDR FD | A | Dividend | | | Sold | 11/10/20 | J | A | |
| 185. | | | | | Buy (add'l) | 06/03/20 | J | | |
| 186. | | | | | Sold (part) | 03/18/20 | J | | |
| 187. | | | | | Sold (part) | 03/12/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  SPDR S&P OIL & GAS EQUIP | A | Dividend | J | T | Sold (part) | 12/16/20 | J | | |
| 189. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 190. | | | | | Sold (part) | 11/18/20 | J | | |
| 191. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 192. | | | | | Buy | 06/03/20 | J | | |
| 193.  SPDR S&P METALS & MINING | A | Dividend | J | T | Sold (part) | 12/16/20 | J | | |
| 194. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 195. | | | | | Buy | 11/18/20 | J | | |
| 196.  SPDR S&P REGIONAL BANKING | A | Dividend | J | T | Sold (part) | 12/16/20 | J | | |
| 197. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 198.  SPDR S&P BANK | A | Dividend | J | T | Sold (part) | 12/16/20 | J | | |
| 199. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 200. | | | | | Sold (part) | 11/18/20 | J | | |
| 201. | | | | | Buy | 11/10/20 | J | | |
| 202.  SPDR S&P BIOTECH | A | Dividend | J | T | Sold (part) | 12/16/20 | J | | |
| 203. | | | | | Sold (part) | 11/25/20 | J | | |
| 204. | | | | | Buy (add'l) | 11/10/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy | 06/03/20 | J | | |
| 206.  SPDR S&P RETAIL | A | Dividend | J | T | Sold (part) | 12/16/20 | J | | |
| 207. | | | | | Sold (part) | 11/25/20 | J | | |
| 208. | | | | | Buy | 06/03/20 | J | | |
| 209.  SPDR S&P PHARMACEUTICALS | A | Dividend | J | T | Sold (part) | 12/16/20 | J | | |
| 210. | | | | | Sold (part) | 11/25/20 | J | | |
| 211. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 212. | | | | | Buy | 06/03/20 | J | | |
| 213.  ENERGY SEL SECT SPDR FD | A | Dividend | J | T | Buy (add'l) | 12/16/20 | J | | |
| 214. | | | | | Sold (part) | 11/10/20 | J | | |
| 215. | | | | | Buy | 06/03/20 | J | | |
| 216. | | | | | | | | | |
| 217. | | | | | | | | | |
| 218. | | | | | | | | | |
| 219. | | | | | | | | | |
| 220. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SPDR S&P TRANSN ETF is not included in VII. INVESTMENTS and TRUSTS because the entire holding was sold on 10/16/19.  The 2019 FDR erroneously listed a partial sale of this holding on 10/16/19 rather than a complete sale of the holding.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gonzalo P. Curiel**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544